UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET A. PANEK,

        Plaintiff,                       Case No. 2:11-cv-13673
                                               Hon. Denise Page Hood
v.                                                 Magistrate Judge Randon

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, a Connecticut
corporation

        Defendant.
_____

| | |
|---|---|
| STEPHEN N. LEUCHTMAN, P.C. | DICKINSON WRIGHT PLLC |
| Stephen N. Leuchtman (P16590) | Kimberly J. Ruppel (P55138) |
| Attorney for Plaintiff | Attorney for Defendant |
| 1380 East Jefferson Avenue | 2600 West Big Beaver Road, Suite 300 |
| Detroit, MI 48207 | Troy, MI  48084-3312 |
| (313) 259-6900 (ext 126) | (248) 433-7200 |

_____

**ORDER GRANTING**
**DEFENDANT'S MOTION TO COMPEL**

      Based upon the Court's review of Defendant Hartford Life and Accident Company's Motion to Compel Discovery Responses, which was unopposed, and for the reasons stated on the record at the hearing on May 24, 2012, at which Plaintiff's counsel did not appear:

      IT IS ORDERED that Defendant Hartford Life and Accident Company's Motion to Compel Discovery Responses is granted;

      IT IS FURTHER ORDERED that Plaintiff shall respond to Defendant Hartford Life and Accident Insurance Company's First Interrogatories and Requests for the Production of Documents within 14 days from this Order;

IT IS FURTHER ORDERED that Plaintiff shall pay Defendant $2,850.00 (two thousand, eight hundred and fifty dollars and no cents) as a sanction, representing Defendant's reasonable attorney's fees incurred in drafting the motion and appearing for the hearing as established in the attached Bill of Costs.

>s/Mark A. Randon
>Mark A. Randon
>United States Magistrate Judge

Dated:  May 31, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 31, 2012, by electronic and/or ordinary mail.*

>*s/Melody Miles*
>*Case Manager Magistrate Judge Mark A. Randon*
>*(313) 234-5542*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET A. PANEK,

Plaintiff,   Case No. 2:11-cv-13673
Hon. Denise Page Hood
v.   Magistrate Judge Randon

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation

Defendant.
_____

| STEPHEN N. LEUCHTMAN, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| Stephen N. Leuchtman (P16590) | Kimberly J. Ruppel (P55138) |
| Attorney for Plaintiff | Attorney for Defendant |
| 1380 East Jefferson Avenue | 2600 West Big Beaver Road, Suite 300 |
| Detroit, MI 48207 | Troy, MI 48084-3312 |
| (313) 259-6900 (ext 126) | (248) 433-7200 |

_____

## VERIFIED BILL OF FEES

Legal fees incurred by Defendant related to counsel's efforts and activities including drafting, filing and appearing for Motion to Compel Plaintiff to respond to written discovery, and associated communications with Plaintiff's counsel, the Court and the client:  $2,850.00

I declare under penalty of perjury that the foregoing fees are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed, as set forth above.

DICKINSON WRIGHT PLLC

By: /s/ Kimberly J. Ruppel
    Kimberly J. Ruppel (P55138)
    Attorney for Defendant

Subscribed and sworn to before me
this 29th day of May, 2012

/s/ Jaclyn Mark
Jaclyn Mark, Notary Public

BLOOMFIELD 39598-8 1196990v1

JACLYN MARK
Notary Public, Macomb County, MI
Acting in Oakland County, Michigan
My Commission Expires on 08-17-2017